GEORGE D. YARON, ESQ. (State Bar #96246)
HENRY M. SU, ESQ. (State Bar #171853)
HIELAM CHAN, ESQ. (State Bar #267321)
YARON & ASSOCIATES
601 California St., 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
Email: gyaron@yaronlaw.com, hsu@yaronlaw.com, hchan@yaronlaw.com

Edward F. Ruberry (Pending Admission Pro Hac Vice)
Vincent P. Tomkiewicz
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
Telephone: (312) 466-8000
Facsimile: (312) 466-8001
Email: vincent.tomkiewicz@brg-law.net

Attorneys for Plaintiff
LINCOLN GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>C.L. TERRY & SONS, INC., BOREL PRIVATE BANK & TRUST COMPANY, AND PEGGY CHEN,<br><br>Defendants. | CASE NO. C 11-00679 SC<br><br>SECOND STIPULATION EXTENDING TIME FOR DEFENDANT PEGGY CHEN TO ANSWER OR OTHERWISE RESPOND AND [*PROPOSED*] ORDER; DECLARATION OF HENRY M. SU |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LINCOLN GENERAL INSURANCE COMPANY ("Plaintiff") and Defendant PEGGY CHEN, pursuant to Civil Local Rule 6-1(b), that the time in which PEGGY CHEN may move, answer, or otherwise respond to Plaintiff's Summons and Complaint, which was filed on February 14, 2011, and was personally served on April 15, 2011, previously extended to May 16, 2011, is now extended to July 15, 2011.

///

///

---

STIPULATION AND PROPOSED ORDER

1

G:\3575\Pleadings\Stip.Extending.Answer.Chen.2.wpd

1  IT IS SO STIPULATED.

2  DATED: May 13, 2011            YARON & ASSOCIATES

4                          By: _____
5                              GEORGE D. YARON
                               HENRY M. SU
6                              HIELAM CHAN
                               Attorneys for Plaintiff
7                              LINCOLN GENERAL INSURANCE
                               COMPANY

8  DATED: May __, 2011

10                          By: _____
                               WILLIAM M. LUKENS
11                             Attorney for Defendant
                               PEGGY CHEN
12
        PURSUANT TO STIPULATION, IT IS SO ORDERED
13

14 DATED: May 18, 2011         By: _____

IT IS SO ORDERED
*signature*
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER

2

G:\3575\Pleadings\Stip.Extending.Answer.Chen.2.wpd

## DECLARATION OF HENRY M. SU

I, HENRY M. SU, DECLARE:

1. I am an attorney licensed to practice law in the State of California, and employed by law firm of Yaron & Associates, having offices at 601 California St., 21st Floor, San Francisco, CA 94108, attorneys of record for Plaintiff Lincoln General Insurance Company ("Lincoln General"). I am one of the primary attorneys responsible for handling this action. As such, I have personal knowledge of the facts herein set forth in this Declaration, and I am competent to testify thereto. I submit this Declaration in support of the Second Stipulation Extending Time for Defendant Peggy Chen to Answer or Otherwise Respond.

2. Lincoln General is informed and believes that the underlying lawsuit has concluded with a defense verdict in favor of C.L. TERRY. Notice of Entry of Judgment in the underlying lawsuit was served on May 5, 2011. The underlying action may settle post-verdict, which would render this action moot. Moreover, if the judgment in the underlying action is not appealed, this action would be rendered moot.

3. Lincoln General and Peggy Chen have previously stipulated to extend Peggy Chen's time to answer or otherwise respond to May 16, 2011.

4. Lincoln General and Defendant Borel Private Bank & Trust Company ("Borel") previously stipulated to extend Borel's time to answer or otherwise respond to April 25, 2011.

5. On May 13, 2011, Lincoln General filed a Request to Change Time, to continue: (1) the deadline to file a Case Management Conference Statement and complete initial disclosures, currently set for May 20, 2011 to July 15, 2011; and (2) the Case Management Conference, currently set for May 27, 2011 to July 22, 2011.

6. If this Court grants Lincoln General's Request to Change Time, this time modification would not have any further effect on the schedule for the case.

///

///

1  I declare under penalty of perjury under the laws of California that the foregoing is true
2  and correct, and that this declaration was executed on May __ 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HENRY M. SU

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **May 16, 2011** I served the within:

**SECOND STIPULATION EXTENDING TIME FOR DEFENDANT PEGGY CHEN TO ANSWER OR OTHERWISE RESPOND AND [*PROPOSED*] ORDER; DECLARATION OF HENRY M. SU**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 16, 2011**, at San Francisco, California.

/s/ K. A. Adams

K. A. Adams
kadams@yaronlaw.com