1    GEORGE D. YARON, ESQ. (State Bar #96246)
     HENRY M. SU, ESQ. (State Bar #171853)
2    HIELAM CHAN, ESQ. (State Bar #267321)
     **YARON & ASSOCIATES**
3    601 California St., 21st Floor
     San Francisco, California 94108
4    Telephone:  (415) 658-2929
     Facsimile: (415)658-2930
5    Email: gyaron@yaronlaw.com, hsu@yaronlaw.com, hchan@yaronlaw.com

6    (Pending Admission Pro Hac Vice)
     Edward F. Ruberry
7    Vincent P. Tomkiewicz
     **BOLLINGER, RUBERRY & GARVEY**
8    500 West Madison Street, Suite 2300
     Chicago, Illinois 60661
9    Telephone: (312) 466-8000
     Facsimile: (312) 466-8001
10   Email: vincent.tomkiewicz@brg-law.net

11   Attorneys for Plaintiff
     LINCOLN GENERAL INSURANCE COMPANY

12

13               UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15   LINCOLN GENERAL INSURANCE      )   CASE NO.  C 11-00679 SC
     COMPANY                           )
16                                    )   **REQUEST FOR DISMISSAL OF**
           Plaintiff,              )   **ACTION WITHOUT PREJUDICE**
17                                    )
           v.                     )
18                                    )
     C.L. TERRY & SONS, INC., BOREL      )
19   PRIVATE BANK & TRUST COMPANY,   )
     AND PEGGY CHEN,               )
20                                    )
           Defendants.           )
21   _____ )

22        Plaintiff LINCOLN GENERAL INSURANCE COMPANY hereby requests that the above-

23   captioned action be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure

24   41(a)(1).   None of the Defendants to this action have made an appearance.

25   ///

26   ///

27   ///

28   ///

REQUEST FOR DISMISSAL                                              G:\3575\Pleadings\Stip.Dismissal.wpd

DATED: July 15, 2011                          YARON & ASSOCIATES

                                    By: _____
                                        GEORGE D. YARON
                                        HENRY M. SU
                                        HIELAM CHAN
                                        Attorneys for Plaintiff
                                        LINCOLN GENERAL INSURANCE
                                        COMPANY

REQUEST FOR DISMISSAL                                    G:\3575\Pleadings\Stip.Dismissal.wpd

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINCOLN GENERAL INSURANCE COMPANY | ) ) | CASE NO.  C 11-00679 SC |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE |
| v. | ) ) | |
| C.L. TERRY & SONS, INC., BOREL PRIVATE BANK & TRUST COMPANY, AND PEGGY CHEN, | ) ) ) ) | |
| Defendants. | ) ) | |

Based upon the NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.

41(a)(1)(A)(i) OF THE ENTIRE ACTION, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.    The above-captioned action is dismissed without prejudice.

DATED: ___July 18, 2011___

_____
UNITED [IT IS SO ORDERED] JUDGE

Judge Samuel Conti

1

## CERTIFICATE OF SERVICE

2       I am over 18 years of age and not a party to the within action.  I am employed in the

3    County of San Francisco; my business address is **Yaron & Associates, 601 California Street,**

4    **Suite 2100, San Francisco, California  94108.**

5       On **July 15, 2011** I served the within:

6    **REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED]**
     **ORDER**
7

8    on all parties in this action, as addressed below, by causing a true copy thereof to be distributed
     as follows:
9
                         *TO ALL PARTIES ON THE ECF SERVICE LIST*
10

11   ✖       **VIA ELECTRONIC SERVICE:**  I served a true copy, with all exhibits, electronically on
             designated recipients through PACER. Upon completion of electronic transmission of said document(s), a
12           receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all
             designated recipients, proof of electronic service is returned to the filing party which will be maintained
             with the original document(s) in our office. This service complies with CCP §101.6.
13

14       I declare under penalty of perjury under the laws of the State of California that the foregoing

15   is true and correct, and that this declaration was executed on **July 15, 2011**, at San Francisco,

     California.
16

17                                              /s/ K. A. Adams

18                                              K. A. Adams
                                                kadams@yaronlaw.com
19

20

21

22

23

24

25

26

27

28